UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MICHAEL S. POWELL, an individual,   CASE NO.: 07-80435-CIV-
                                     HURLEY/HOPKINS
Plaintiff/Counter-Defendant,

vs.

THE HOME DEPOT USA, INC., a Delaware
corporation; and INDUSTRIALPLEX, INC., a
Delaware corporation,

Defendant(s)/Counter-Defendants.
_____/

### PLAINTIFF'S CLAIM CONSTRUCTION SUMMARY PURSUANT TO COURT'S REQUEST AT THE MAY 15, 2008 *MARKMAN* HEARING

Pursuant to the Court's request at the May 15, 2008 Markman hearing, Plaintiff MICHAEL POWELL respectfully submits the following claim construction summary concerning U.S. Patent 7,044,039 (the "'039 Patent").

The Court has asked the parties to provide a summary for each of the claim terms of the '039 Patent that Defendants contend should be construed by this Court including: (1) the claim term itself; (2) the portion(s) of the '039 Patent describing each claim term;[1] and (3) Plaintiff's proposed construction of each claim term.  Plaintiffs provide the following chart in response thereto.

---

[1] The "portion(s)" of the '039 Patent is construed herein as all intrinsic evidence of the '039 Patent, which includes the drawings, description and claims of the 'specification and the '039 Patent file history.

Plaintiff's Claim Term  
*Markman* Construction Summary

CASE NO.: 07-80435-CIV-HURLEY/HOPKINS

| Claim Term to be Construed By Court | Intrinsic Evidence Defining Claim Term | Plaintiff's Construction of Claim Term |
|---|---|---|
| Claims 1 and 4: "**slidable engagement**" | Abstract at lines 5-8; Figs. 2, 3, 4, 5, 6; Col. 3, lines 13-18, 21-22; Col. 4, lines 25-67; Col. 5, lines 1-3; Col. 7, lines 18-20; Col. 8, line 12; and File History at 61-63, 71-72, 78-82 (*separated from the entire history and attached as Exhibit 1 hereto*). | Interaction or contact between the handle and the work surface that *guides* the handle to slide along the work surface. |
| Claims 1 and 4: "**dust collection structure**" | Abstract at lines 2-5; Figs. 2, 3, 4, 5, 6; Col. 2, lines 33-34; Col. 3, lines 11-13, 16-20, 25-26; Col. 5, lines 4-5, 8-24, 35-67; Col. 6, lines 1-8, 55-56; Col. 7, lines 32-33; Col. 8, lines 26-27; and File History at 61-63, 71-72, 78-82. | A portion of the cutting box that temporarily collects dust from the saw prior to removal of the dust therefrom and is located on a side of the rip fence opposite the side of the rip fence making contact with the work piece. |
| Claims 1 and 4: "**table top**" | Figs. 2, 3, 4, 5, 6; Col. 3, lines 9-11, 16-18, 23-24; Col. 4, lines 20-27, 37, 46; Col. 5, lines 4-5, 8-9, 50-53; Col. 7, line 17; Col. 8, line 9; and File History 61-63, 71-72, 78-82 | An upper location of the table, indicating opposite of the table bottom, on which the work surface is mounted. The "top" in "table top" is a location and is not structure. |

Plaintiff's Claim Term  
*Markman* Construction Summary

CASE NO.: 07-80435-CIV-HURLEY/HOPKINS

| Claim Term to be Construed By Court | Intrinsic Evidence Defining Claim Term | Plaintiff's Construction of Claim Term |
|---|---|---|
| Claims 1 and 4: "**rip fence**" | Figs. 2, 3, 5, 6; Col. 3, lines 59-62; Col. 4, lines 6-10, 23-25, 32-36; Col. 5, lines 1-3, 21-22; Col. 7, lines 9-10, 19-20; Col. 8, lines 9-11, 13-14; and File History 61-63, 71-72, 78-82. | A vertically projecting backstop against which the work piece rests when being cut by the radial arm saw. |
| Claims 1 and 4: "**cutting box**" | Abstract at lines 2-5, 8-9; Figs. 2, 3, 5, 6; Col. 3, lines 11-13; Col. 5, lines 4-24, 30-43, 47-50; Col. 6, lines 13-19; Col. 7, lines 21-33, 34-36, 40-41; Col. 8, lines 15-27, 31-32, 38-39; and File History 61-63, 71-72, 78-82. | A structure defining one internal chamber wherein the rotating saw blade meets the work piece during the cutting process and another internal chamber that temporarily contains the sawdust and wood chips generated as the blade cuts through the wood. |
| Claims 1 and 4: "**work surface**" | Figs. 2, 3, 4, 5, 6; Col. 3, lines 16-20; Col. 4, lines 15-27, 30-32, 35-38, 44-48; Col. 5, lines 4-9, 35-38, 50-53; Col. 7, lines 17, 21-24; Col. 8, lines 9-18; and File History 61-63, 71-72, 78-82. | A structure on which the work piece rests during the cutting process, and on which the cutting box is mounted, the structure, itself, being mounted on a table top. |

Plaintiff's Claim Term                                      CASE NO.:  07-80435-CIV-HURLEY/HOPKINS
*Markman* Construction Summary

 

Respectfully Submitted,


TRIPP SCOTT, P.A.
*Attorneys for Plaintiff*
110 Southeast 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

By:    /s/ Alexander D. Brown
PETER G. HERMAN, ESQ.
FLA. BAR. NO. 353991
ALEXANDER D. BROWN, ESQ.
FLA. BAR NO. 752665
adb@trippscott.com

MAYBACK & HOFFMAN, P.A.
*Attorneys for Plaintiff*
5722 S. Flamingo Road #232
Fort Lauderdale, Florida 33330
Tel:  954.704.1599
Fax:  954.704.1588

By:  /s/Gregory L. Mayback
GREGORY L. MAYBACK, ESQ.
Fla. Bar No. 964247

Plaintiff's Claim Term  
*Markman* Construction Summary

CASE NO.: 07-80435-CIV-HURLEY/HOPKINS

## SERVICE LIST

**COUNSEL FOR THE HOME DEPOT USA, INC.**
Eileen Tilghman Moss, Esq.
Edward A. Moss, Esq.
Shook Hardy & Bacon
201 S Biscayne Boulevard
Suite 2400
Miami, Florida 33131-4332
Fax: 305-358-7470
Email:  elmoss@shb.com

B. Trent Webb, Esq.
Bart Starr, Esq.
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: 816-474-6550
Email:  bwebb@shb.com
bstarr@shb.com

**COUNSEL FOR INDUSTRIAPLEX, INC.**
Andrew William Ransom, Esq.
David Andrew Gast, Esq.
Malloy & Malloy
2800 SW 3rd Avenue
Miami, FL 33129
Fax: 305-858-0008
Email:  aransom@malloylaw.com
dgast@malloylaw.com