UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80435-CIV-HURLEY/HOPKINS

**MICHAEL S. POWELL,**

    **Plaintiff,**

v.

**THE HOME DEPOT U.S.A., INC.,**

    **Defendant.**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE
JUDGE AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    **THIS CAUSE** is before the court upon plaintiff's motion for preliminary injunction [DE # 303], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court deny plaintiff's motion [DE # 561]. No objections were filed to the Magistrate Judge's report.

    Having carefully reviewed the Magistrate Judge's report and recommendation as to plaintiff's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

    Upon review of the report of the Magistrate Judge, it is hereby **ORDERED** and **ADJUDGED**:

    1.    The Report and Recommendation of the United States Magistrate Judge [DE # 561] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

Order Adopting R & R of Magistrate Judge
Powell v. The Home Depot U.S.A., Inc.
Case No. 07-80435-CIV-HURLEY/HOPKINS

    2.    Plaintiff's motion for preliminary injunction [DE # 303] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of November, 2009.

                                        Daniel T. K. Hurley
                                        United States District Judge

*Copies provided to counsel of record*