UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80435-CIV-HURLEY/HOPKINS

**MICHAEL S. POWELL,**

    **Plaintiff,**

v.

**THE HOME DEPOT U.S.A, INC.,**

    **Defendant.**
_____/

### ORDER CONSTRUING DISPUTED CLAIM TERMS OF U.S. PATENT NO. 7,044,039

This cause is before the Court following the *Markman* hearing held on November 9, 2009 to construe five disputed claim terms: "rip fence," "slidable engagement," "cutting box," "work surface," "planar top work surface." At the hearing, defendant agreed to plaintiff's proposed construction of "rip fence." The other terms remain in dispute. Pursuant to the principles of claim construction set forth in the earlier "Order Construing Disputed Claim Terms" (*see* DE 467), it is hereby **ORDERED** and **ADJUDGED** that:

1. Based on the parties' agreement, the term "rip fence" in claim 1 shall mean "a vertically projecting backstop projecting upward from a table having a top," and the term "rip fence" in claim 4 shall mean "a vertically projecting backstop projecting upward from a planar work surface."

2. The term "slidable engagement" in claims 1 and 4 shall mean "any interaction or contact between the handle and the work surface for the handle to slide along the work surface toward and away from the rip fence."

3. The term "cutting box" in claims 1 and 4 shall mean "the structure – in which the

Order Construing Disputed Claim Terms of U.S. Patent No. 7,044,039
Powell v. Home Depot U.S.A., Inc.
Case No. 07-80435-CIV-HURLEY/HOPKINS

saw blade meets the work piece – comprising a top in spaced relation with the work surface, opposing side walls, a front wall, and a rear wall."

4. The term "work surface" in claim 1 shall mean "the tangible surface between the user and the rip fence on which work is performed."

5. The term "planar top work surface" in claim 4 shall mean "the flat, tangible surface between the user and the rip fence on which work is performed."

**DONE** and **ORDERED** in Chambers in West Palm Beach, Florida, this 29th day of January, 2010.

                                    Daniel T. K. Hurley
                                    U.S. District Judge

*Copies provided to counsel of record*