UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 07-80435-CIV-
HURLEY/HOPKINS

MICHAEL S. POWELL, an individual,

        Plaintiff,

vs.

THE HOME DEPOT USA, INC., a Delaware corporation,
        Defendant.
_____/

### **PLAINTIFF'S NOTICE OF PROPOSED CLAIM CONSTRUCTION**

Pursuant to the Court's request that the parties set forth their current, respective positions regarding the proper construction of the "table top" claim limitations of the '039 patent, Plaintiff, MICHAEL S. POWELL, an individual ("Plaintiff"), by and through his attorneys, asserts that the elements should be construed as follows:

**CLAIM 1 (*Jepson*):**

"Table Top" in Claim 1 means "A physical structure of the work table or attached to the work table. The work surface is[1] mounted to the physical structure."

"A table having a top" in the preamble of Claim 1 means "A work table with the table top. The work surface is mounted to the table top."

**CLAIM 4 (non-*Jepson*):**

"Table Top" in Claim 4 means "A physical structure of the work table or attached to the work table. The work surface can be[2] mounted on the physical structure."

"A table having a top" in preamble of Claim 4 (non-Jepson) means "A work table with the table top. The work surface can be mounted on the table top."

"Work table" is defined with reference numeral 20 in FIG. 1 and at col. 3, lines 58-63, of the '039 Patent.

---

[1] Claim 1 **is** a *Jepson*-type claim. As such, the work table is part of the claim and, therefore, the word "**is**" is used here.

[2] Claim 4 is **not** a *Jepson*-type claim. As such, the work table is **not** an element of the claim and, therefore, the words "**can be**" are used to indicate intended use.

Plaintiff also respectfully refers the Court to (and incorporates by reference herein) the arguments, evidence, and legal standards set forth in Plaintiff's previous pleadings on this issue.

Respectfully Submitted,

TRIPP SCOTT, P.A.
*Attorneys for Plaintiff*
110 Southeast 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

By:   /s/ Alexander D. Brown
Alexander D. Brown, Esq.
Fla. Bar No. 752665


MAYBACK & HOFFMAN, P.A.
*Attorneys for Plaintiff*
5722 S. Flamingo Rd. #232
Ft. Lauderdale, FL  33330
Telephone:  954.704.1599
Fax:  954.704.1588

I HEREBY CERTIFY that on the 5th day of February, 2010, I certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via electronic transmission and U.S. Mail, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Alexander D. Brown
TRIPP SCOTT, P.A.
110 SE Sixth Street, 15th Floor
Ft. Lauderdale, Florida 33301
Telephone: 954.525.7500
Facsimile: 954.761.8475
Attorneys for Plaintiffs

**SERVICE LIST**
Michael Powell vs. The Home Depot U.S.A., Inc. and Industriaplex, Inc.
CASE NO.:  07-80435-CIV-HURLEY/HOPKINS
United States District Court, Southern District of Florida

**COUNSEL FOR THE HOME DEPOT USA, INC.**
Eileen Tilghman Moss, Esq.
Edward A. Moss, Esq.
Shook Hardy & Bacon
201 S Biscayne Boulevard
Suite 2400
Miami, Florida 33131-4332
Fax: 305-358-7470
Email:  elmoss@shb.com
emoss@shb.com

B. Trent Webb, Esq.
Bart Starr, Esq.
Kenneth P. Kula, Esq.
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: 816-474-6550
Email:  bwebb@shb.com
bstarr@shb.com
kkula@shb.com