UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80435-CIV-HURLEY/HOPKINS

**MICHAEL S. POWELL,**
    **Plaintiff,**

v.

**THE HOME DEPOT U.S.A., INC.,**
    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE, GRANTING IN PART PLAINTIFF'S MOTION TO TAX COSTS, AND DENYING DEFENDANT'S MOTION TO DEFER RULING

**THIS CAUSE** is before the court upon plaintiff Michael S. Powell's motion to tax costs [DE # 705]; the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court grant in part plaintiff's motion [DE # 805]; defendant The Home Depot U.S.A., Inc's objection to the report and recommendation [DE # 806]; and Home Depot's motion to defer ruling on its objection pending resolution of its appeal to the Federal Circuit [DE # 807].

Home Depot objects to the Magistrate Judge's finding that Home Depot's litigation conduct amounted to an abuse of judicial process and "an attempt to oppress and harass" Powell, thus justifying an award of expert fees pursuant to the court's inherent authority. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the court has reviewed *de novo* the portion of the magistrate judge's report and recommendation to which the objection has been made. After review, the court finds Magistrate Judge's finding to be sound and well reasoned and will exercise its inherent authority to award expert fees.

The court has also carefully reviewed the sections of the report and recommendation to which

Order Adopting Report and Recommendation
Powell v. The Home Depot U.S.A., Inc.
Case No. 07-80435-CIV-HURLEY/HOPKINS

no objections have been made and finds them to be sound and well reasoned. The court therefore adopts those recommendations.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Home Depot U.S.A., Inc.'s objection to the magistrate judge's report [DE # 806] is **OVERRULED**.

2. The Report and Recommendation of the United States Magistrate Judge [DE # 805] is **ADOPTED** in its entirety and incorporated herein by reference.

3. Plaintiff Michael S. Powell's motion to tax costs [DE # 705] is **GRANTED IN PART**.

4. Home Depot's motion motion to defer ruling on its objection pending resolution of its appeal to the Federal Circuit [DE # 807] is **DENIED**. Defendant is entitled to stay execution of the judgment by posting a supersedeas bond in the manner prescribed by the Local Rules.

5. Pursuant to Rule 58, the court will issue final judgment by separate order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 18th day of October, 2010.

Daniel T.K. Hurley
United States District Judge

*Copies provided to counsel of record*