# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 07-80435-CV-HURLEY/HOPKINS

**MICHAEL S. POWELL,**

      **Plaintiff,**

**vs.**

**THE HOME DEPOT USA, INC.,**

      **Defendant.**

_____/

### ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon the motion of Intervenor  Mayback and Hoffman, P.A. for expedited relief designed to preserve the value and effectiveness of its charging lien [DE # 835].  The Court has referred adjudication of the charging lien to the Honorable James M. Hopkins, United States Magistrate Judge, for a report and recommendation.  In the interim, the Court will consider what protections, if any, are due Petitioners pending the adjudication of the lien.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff is directed to show cause, if any there be, why the Court should not grant Intervenor the expedited relief sought in its motion [DE # 835] within **TEN (10) DAYS** of the date this order is signed.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 18th day of November, 2011.

Daniel T.K. Hurley
United States District Judge

*Copies provided to counsel of record.*